PROB 12A
(4/07)

# UNITED STATES DISTRICT COURT

for

### District of Guam

## Report on Offender Under Supervision

Name of Offender:  **Glenn Mark Manley**                    Case Number:  **CR 97-00050-001**

Name of Sentencing Judicial Officer:  Honorable John S. Unpingco

Date of Original Sentence:    December 23, 1997

Original Offense:    Count I: Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1);
Count II: Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1); and
Count III: Importation of Methamphetamine, 21 U.S.C. § 952.

Original Sentence:    115-month term of imprisonment (concurrent), followed by a four year term of supervised release with conditions: shall not commit another federal, state, or local crime; shall not unlawfully possess a controlled substance; shall refrain from any unlawful use of a controlled substance; shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; perform 300 hours of community service; seek and maintain gainful employment; submit to random urinalysis testing; and pay a $300 special assessment fee.

Type of Supervision:    Supervised Release         Date Supervision Commenced:         November 15, 2006

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Failed to perform community service as required. |

On March 31, 2008, Mr. Manley's placement with the National Park Service, a community service vendor, was terminated because he failed to report for required community service on a regular basis.  On April 2, 2008, this Officer met with Mr. Manley to discuss his noncompliance with his community service requirement.  He executed new referral documents to commence community service on April 6, 2008 at the National Park Service.  He agreed to perform five hours of community service every Sunday.

On April 7, 2007, this Officer received information from the National Park Service that Mr. Manley reported as required on April 6, 2008, but refused an instruction by park personnel to cut grass with a bush cutter.  He was instructed to leave the National Park Service facility by park personnel.  On April 9, 2008, this Officer met with Mr. Manley to discuss his noncompliance with his community service requirement. He stated that he "works six days per week" and requested easier duty at the National Park Service.  This Officer reminded Mr. Manley that he is to perform the duties assigned by the park personnel as agreed in his Community Service Agreement Waiver and that failure to follow the directives will result in termination of his placement, which will place him in violation of his supervised release conditions.  Mr. Manley agreed to follow the directives of the National Park Service personnel.  His community service balance remains at 161 hours.

With the exception above, Mr. Manley has been generally compliant with his supervised release condition.  He completed his drug testing requirement on January 22, 2008, paid his special assessment fee on May 20, 2002, and has been gainfully employed since June 2007.  In addition, he submitted to a DNA sample on June 2, 2006.

This report is submitted for the Court's information only, and no action is requested at this time.  Mr. Manley has been warned that sanctions will be requested for any additional violations. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:                                                    Respectfully submitted,

  /s/ CARMEN D. O'MALLAN          by:   /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer Specialist                              U.S. Probation Officer

Date:        April 16, 2008                        Date:        April 16, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐    Submit a Request for Modifying the Condition of Term of Supervision

☐    Submit a Request for Warrant or Summons

☐    No Action.

☐    Other